# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**SALVATORE LAWRENCE LOPICCOLO**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:95CR05325-001**

Eric Kersten, Asst. Federal Defender
Defendant's Attorney

**THE DEFENDANT:**
[✔]  admitted guilt to violation of charge(s) One  as alleged in the violation petition filed on August 18, 2006 .
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Illicit Drug Use | July 26, July 31 and August 1, 2006 |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  July 8, 1996 .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s)  __  is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

October 3, 2006
Date of Imposition of Sentence

/s/ OLIVER W. WANGER
Signature of Judicial Officer

**OLIVER W. WANGER**, United States District Judge
Name & Title of Judicial Officer

October 4, 2006
Date

CASE NUMBER:        1:95CR05325-001                                                                          Judgment - Page 2 of 2
DEFENDANT:          SALVATORE LAWRENCE LOPICCOLO

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  6 months .

[✔]  The court makes the following recommendations to the Bureau of Prisons:
    The Court recommends the defendant participate at any drug program available at the designated facility at that he be designated and transported as soon as possible.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.
   If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

 

 

 

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                               UNITED STATES MARSHAL

                                            By _____
                                                            Deputy U.S. Marshal